United States District Court
Southern District of Texas
**ENTERED**
August 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHILIP HARPER, <br> (Inmate # 2838206) | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. H-22-1504 |
| HARRIS HEALTH DEPARTMENT, *et al*. | § § § | |
| Defendants. | § | |

## MEMORANDUM OPINION DISMISSING CASE

Plaintiff Philip Harper, (Inmate #2838206), is a pretrial detainee in the Harris County Jail. He has filed a civil rights complaint under 42 U.S.C. § 1983, concerning alleged violations of his civil rights by the Harris County Sheriff's Office and the Harris County Health Department. (Docket Entry No. 1). He also filed an application for leave to proceed without prepayment of the filing fee, but he did not include a certified copy of his inmate trust fund account statement as required by 28 U.S.C. § 1915(a)(2). (Docket Entry No. 2).

On June 6, 2022, the court issued an order directing Harper to either pay the filing fee for a civil rights proceeding ($402.00) or submit a properly supported motion for leave to proceed without prepayment of the filing fee, including a certified copy of his inmate trust fund account statement (or institutional equivalent) in compliance with 28 U.S.C. § 1915(a)(2), within 30 days. (Docket Entry No. 4). Harper was warned that failure to comply as directed would result in a dismissal of this case without further notice pursuant to Rule 41 of the Federal Rules of Civil Procedure. (*Id.*).

To date, Harper has not attempted to comply as directed and his time to do so has expired. Harper's failure to pursue this action forces the court to conclude that he lacks due diligence.

Dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (a district court may on its own dismiss an action for failure to prosecute or to comply with any court order).

Harper is advised that he may seek relief from this order under Rule 60(b) of the Federal Rules of Civil Procedure if he can show good cause for failing to comply with the court's order and local rules. Any motion under Rule 60(b) must be accompanied by a response to the court's June 6, 2022, order and either payment of the applicable filing fee or a properly supported application for leave to proceed without prepayment of the filing fee that includes a certified inmate trust fund account statement in compliance with 28 U.S.C. § 1915(a).

Harper's complaint, (Docket Entry No. 1), is dismissed without prejudice for want of prosecution.

SIGNED on July 29, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge